# EXHIBIT 1

# PROTHONOTARY OF YORK COUNTY

**Diane M. Platts**
*Prothonotary*

**Billie Jo Bones**
*Chief Deputy*



**GREGORY E GETTLE, ESQ**
*Solicitor*

| JOSS KING VS PANERA BREAD et al. | CASE NUMBER 2025-SU-003645 |
|---|---|

## Case Participants

**Plaintiff**
JOSS KING

**Defendant**
PANERA BREAD
3630 S GEYER RD STE 100
ST LOUIS, MO 63127

**Defendant**
PANERA LLC
3630 S GEYER RD STE 100
ST LOUIS, MO 63127

**Attorney**
STEVE T MAHAN, ESQ
WEISBERG CUMMINGS PC
2704 COMMERCE DR STE B
HARRISBURG, PA 17110
717-238-5707

**Attorney**
DERREK W CUMMINGS, ESQ
WEISBERG CUMMINGS PC
2704 COMMERCE DR STE B
HARRISBURG, PA 17110
717-238-5707

## Attorney Relationships

| Attorney | Plaintiff |
|---|---|
| STEVE T MAHAN, ESQ | JOSS KING |
| **Attorney** | **Plaintiff** |
| DERREK W CUMMINGS, ESQ | JOSS KING |

## Prothonotary Docket Entries

| Entry | Pages |
|---|---|
| 10/02/2025 10:09 AM<br>SHERIFF'S RETURN - CIVIL ACTION - COMPLAINT IN CIVIL ACTION (CICA)<br>SHERIFF COSTS: $45.00 | 1 |
| 09/23/2025 11:16 AM<br>COMPLAINT IN A CIVIL ACTION | 9 |
| | **Total Number of Pages:** 10 |

# SHERIFF'S OFFICE OF YORK COUNTY



**Richard P Keuerleber**
*Sheriff*

**Steven Diehl**
*Chief Deputy, Operations*

**Christopher A. Ferro, Esq.**
*Solicitor*

**Richard E Rice, II**
*Chief Deputy, Administration*

---

JOSS KING
　　vs.
PANERA, LLC, D/B/A PANERA BREAD

**Case Number**
2025-SU-003645

## SHERIFF'S RETURN OF SERVICE

10/01/2025    01:57 PM - DEPUTY SAGE LEAR, BEING DULY SWORN ACCORDING TO LAW, SERVED THE REQUESTED COMPLAINT IN CIVIL ACTION (CICA) BY HANDING A TRUE COPY TO A PERSON REPRESENTING THEMSELVES TO BE ROBIN HARPER, MANAGER, WHO ACCEPTED AS "ADULT PERSON IN CHARGE" FOR PANERA, LLC, D/B/A PANERA BREAD AT 1221 CARLISLE ROAD, YORK, PA 17404.

_____
SAGE LEAR, DEPUTY

SHERIFF COST: $45.00

SO ANSWERS,

_____
RICHARD P KEUERLEBER, SHERIFF

October 02, 2025

York County Prothonotary E-Filed - 23 Sep 2025 11:16:05 AM
Case Number: 2025-SU-003645

# Supreme Court of Pennsylvania

## Court of Common Pleas
## Civil Cover Sheet

YORK County

*For Prothonotary Use Only:*

Docket No:

TIME STAMP

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [x] Complaint
- [ ] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Joss King

**Lead Defendant's Name:** Panera, LLC, d/b/a Panera Bread

**Are money damages requested?** [x] Yes  [ ] No

**Dollar Amount Requested:** (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes  [x] No

**Is this an MDJ Appeal?** [ ] Yes  [x] No

**Name of Plaintiff/Appellant's Attorney:** Steve T. Mahan, Esq., Weisberg Cummings, P.C.

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE**. If you are making more than one type of claim, check the one that you consider most important.

## SECTION B

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [ ] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other _____
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other _____
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other _____
- [ ] Zoning Board
- [ ] Other: _____

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [x] Other: PHRA Discrimination in Public Accommodation

*Updated 1/1/2011*

Counsel for the Plaintiff
Weisberg Cummings, P.C.
2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707

## IN THE COURT OF COMMON PLEAS
## YORK COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| JOSS KING, | : | NO. _____ |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION – LAW |
| | : | |
| PANERA, LLC, | : | |
| d/b/a PANERA BREAD | : | |
| | : | |
| Defendant. | : | |

## N O T I C E

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this Complaint and Notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the Court without further notice for any money claimed in the Complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.
YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.
THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

YORK COUNTY BAR ASSOCIATION
137 East Market Street
York, Pennsylvania 17401
(717) 854-8755

## A V I S O

USTED HA SIDO DEMANDADO/A EN CORTE. Si usted desea defenderse de las demandas que se presentan más adelante en las siguientes páginas, debe tomar acción dentro de los próximos veinte (20) días después de la notificación de esta Demanda y Aviso radicando personalmente o por medio de un abogado una comparecencia escrita y radicando en la Corte por escrito sus defensas de, y objecciones a, las demandas presentadas aquí en contra suya. Se le advierte de que si usted falla de tomar acción como se describe anteriormente, el caso puede proceder sin usted y un fallo por cualquier suma de dinero reclamada en la demanda o cualquier otra reclamación o remedio solicitado por el demandante puede ser dictado en contra suya por la Corte sin más aviso adicional. Usted puede perder dinero o propiedad u otros derechos importantes para usted.

USTED DEBE LLEVAR ESTE DOCUMENTO A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE UN ABOGADO, LLAME O VAYA A LA SIGUIENTE OFICINA. ESTA OFICINA PUEDE PROVEERLE INFORMACION A CERCA DE COMO CONSEGUIR UN ABOGADO.

SI USTED NO PUEDE PAGAR POR LOS SERVICIOS DE UN ABOGADO, ES POSIBLE QUE ESTA OFICINA LE PUEDA PROVEER INFORMACION SOBRE AGENCIAS QUE OFREZCAN SERVICIOS LEGALES SIN CARGO O BAJO COSTO A PERSONAS QUE CUALIFICAN.

YORK COUNTY BAR ASSOCIATION
137 East Market Street
York, Pennsylvania 17401
(717) 854-8755

2

IN THE COURT OF COMMON PLEAS
YORK COUNTY, PENNSYLVANIA

|  |  |  |
|---|---|---|
| JOSS KING, | : | NO. _____ |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION – LAW |
| PANERA, LLC, d/b/a PANERA BREAD | : | |
| Defendant. | : | |

# COMPLAINT

Plaintiff, Joss King, a resident of York County, Pennsylvania, by and through his attorneys, brings this civil action for damages against the above-named Defendant, Panera, LLC, d/b/a Panera Bread, and complains and alleges as follows:

1. Plaintiff, Joss King ("Mr. King"), is an adult individual residing in Dover, York County, Pennsylvania.

2. Mr. King has a disability, as defined by the Pennsylvania Human Relations Act, as amended, 43 P.S. § 951, *et seq.* ("PHRA").

3. As part of the treatment regimen for his disability, Mr. King utilizes a service animal, specifically a service dog named Isaac ("Isaac").

4. Defendant, Panera, LLC, d/b/a Panera Bread ("Defendant"), is a Delaware corporation headquartered at 3630 S. Geyer Road, Suite 100, St. Louis, Missouri.

5. At all times material hereto, Defendant owned and operated the restaurant located at 1221 Carlisle Road, York, York County, Pennsylvania (the "Restaurant").

6. The Restaurant is a public accommodation, pursuant to the PHRA.

3

7. On or about December 2, 2022, Mr. King initiated a Charge of Discrimination with the Pennsylvania Human Relations Commission (the "PHRC") which was later formalized and docketed as Charge No. 202201099.

8. On or about August 12, 2025, the PHRC entered a Finding of Probable Cause against Defendant.

9. All necessary and appropriate administrative prerequisites with regard to the PHRC have occurred.

## STATEMENT OF FACTS

10. On or about May 24, 2022, Mr. King presented at the Restaurant for lunch.

11. When Mr. King entered the Restaurant with Isaac, he was immediately accosted by Defendant's managers, Erin Fitzpatrick and Alan Pineda, who informed him that no dogs were permitted in the Restaurant, per Defendant's policy.

12. Mr. King attempted to explain that Isaac was a service animal, and therefore could not be barred from a public accommodation, per both the PHRA and the Americans with Disabilities Act, but Defendant's managers refused to listen and denied him entry.

13. Mr. King left the Restaurant and promptly contacted the police, who took statements.

14. In refusing service to Mr. King on the basis of his service animal, Defendant violated the PHRA.

## COUNT I

### Violations of the PHRA

15. All prior paragraphs are incorporated herein as if set forth fully below.

16. At all times material to this Complaint, Mr. King used a service animal, Isaac.

17. At all times material hereto, Isaac was certified as a service animal.

18. Mr. King notified Defendant of Isaac's status as a service animal.

19. Defendant's restaurant is a public accommodation under the PHRA.

20. Mr. King was within the protected class of individuals as defined by the PHRA.

21. Defendant violated the PHRA by refusing service to Mr. King on the basis of his use of a guide or support animal.

22. Defendant further violated the PHRA by maintaining a policy of refusing service to persons with guide and/or support animals.

23. Upon information and belief, Defendant continues to maintain this policy in violation of the PHRA.

24. As a direct and proximate result of the conduct of <u>Defendant</u> in violating the PHRA, Mr. King has been permanently and irreparably harmed, has suffered emotional distress and a loss of self-respect and confidence, and has been subjected to great damage to his standing in the community.

**WHEREFORE**, Mr. King respectfully requests that this Honorable Court declare the conduct engaged in by Defendant to be in violation of Mr. King's rights under the PHRA and award all compensatory damages, punitive damages, and any pre and/or post judgment interest on all money awarded in damages for delay.

Respectfully submitted,

Weisberg Cummings, P.C.

SEP 23 2025
Date

Steve T. Mahan (PA 313550)
smahan@weisbergcummings.com
Derrek W. Cummings (PA 83286)

5

dcummings@weisbergcummings.com
Larry A. Weisberg (PA 83410)
lweisberg@weisbergcummings.com
Michael J. Bradley (PA 329880)
mbradley@weisbergcummings.com

2704 Commerce Drive, Suite B
Harrisburg, PA 17110
(717) 238-5707
(717) 233-8133 (Fax)

*Attorney for Plaintiff*

## VERIFICATION

I, Joss King, verify that I am the Plaintiff in the foregoing Complaint and that the facts set forth therein are true and correct to the best of my knowledge, information, and belief; and that this verification is subject to the penalties of 18 Pa.C.S. § 4904 relative to unsworn falsification to authorities.

Dated: 9/21/2025

Signed by:
Joss King

7

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Submitted By: Attorney for Plaintiff

Signature: _____

Name: Steve T. Mahan

Attorney No. (if applicable): 313550

8